## CUTLER *v.* THE STATE.

CRIMINAL LAW.—*Brief.*—*Supreme Court.*—*Dismissal of Appeal.*—Where, on appeal to the Supreme Court in a criminal prosecution, the only brief filed by the appellant is one merely for a supersedeas, and does not discuss the merits, the appeal will be dismissed.

From the White Circuit Court.

*W. E. Uhl, D. Turpie* and *H. D. Pierce*, for appellant.

*J. H. Wallace,* Prosecuting Attorney, and *T. W. Woollen,* Attorney General, for the State.

NIBLACK, J.—This was a prosecution for an assault and battery, upon affidavit and information, resulting in the conviction of the appellant.

The only brief on file was filed merely to obtain a supersedeas, and does not discuss, or assume to discuss, the merits of the appeal.   It is not such a brief as our practice requires upon the hearing of a cause.

The appeal will, therefore, have to be dismissed, and is dismissed accordingly, at the costs of the appellant.